UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G. KENNETH COULTER, JOHN SIEFKEN,
GREGORY MAJOR, MICHAEL CHIEKO, ELI
MOND, and JOHN SUDOLSKY, on behalf of
themselves and all others similarly situated,

                Plaintiffs,

-against-

MORGAN STANLEY & CO. INCORPORATED,
MORGAN STANLEY, THE INVESTMENT
COMMITTEE OF THE MORGAN STANLEY 401(k)
PLAN, THE MORGAN STANLEY GLOBAL
DIRECTOR OF HUMAN RESOURCES, JOHN J.
MACK, KAREN JAMESLEY, WALID A.
CHAMMAH, CHARLES CHASIN, JAMES P.
GORMAN, ELLYN A. McCOLGAN, MICHAEL J.
PETRICK, MICHAEL RANKOWITZ, THOMAS C.
SCHNEIDER, MICHAEL T. CUNNINGHAM, R.
BRADFORD EVANS, KIRSTEN FELDMAN,
EDMUND C. PUCKHABER, WILLIAM B. SMITH
and JOHN DOE DEFENDANTS 1-10,

                Defendants.

11 Civ. 1849 (DAB) (AJP)

STIPULATION AND [PROPOSED]
ORDER STAYING PROCEEDINGS
AND EXTENDING DEFENDANTS'
TIME TO RESPOND TO THE
COMPLAINT *SINE DIE*

      IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, as follows:

      WHEREAS, counsel for Defendants have agreed to accept service of the Complaint on behalf of Defendants;

      WHEREAS, Defendants intend to move to dismiss this action for failure to state a claim and on other grounds;

      WHEREAS, a decision of the United States Court of Appeals for the Second Circuit is pending in *Gray v. Citigroup, Inc.*, 09-3804-cv;

      WHEREAS, the parties believe that such decision may affect the disposition of the claims asserted in this action;

      WHEREAS, the parties have agreed to stay all proceedings in this action pending the decision in *Gray v. Citigroup*; and

1

WHEREAS, the parties are amenable to the coordination of this action with the related action of *In re Morgan Stanley ERISA Litigation*, No. 07 Civ. 11285 (DAB) (AJP) for discovery and other purposes following a decision in *Gray v. Citigroup*;

THEREFORE,

1. All proceedings of any kind in the above-captioned action are hereby stayed pending the decision of the United States Court of Appeals for the Second Circuit in *Gray v. Citigroup, Inc.*, 09-3804-cv;

2. Plaintiffs reserve their right to amend the Complaint following the decision by the Second Circuit in *Gray v. Citigroup*;

3. Defendants' time to answer, move or otherwise respond to the Complaint in this action is extended *sine die* pending further Order of the Court or agreement of the parties; and

4 Defendants reserve their right to seek consolidation of the present action with *In re Morgan Stanley ERISA Litigation*, No. 07 Civ. 11285 (DAB) (AJP), and to assert any and all defenses.

Dated: May 2, 2011

[signature] denied DAB 5/10/11

_____
Mark C. Rifkin
Michael Jaffe
WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-10016
Facsimile: (212) 545-4653
Email: rifkin@whafh.com
jaffe@whafh.com

*Attorneys for Plaintiffs and on behalf of all counsel for Plaintiffs*

_____
Robert F. Wise, Jr.
Charles S. Duggan
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: robert.wise@davispolk.com
charles.duggan@davispolk.com

*Attorneys for Defendants*

SO ORDERED THIS 10th day of May, 2011

*Deborah A. Batts*
U.S.D.J.

2