USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________
DATE FILED: 5/30/13

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

G. KENNETH COULTER, JOHN SIEFKEN, GREGORY MAJOR, MICHAEL CHIEKO, ELI MOND, JOHN SUDOLSKY, on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

MORGAN STANLEY & CO., INC., et al.,

Defendants.

------------------------------------------------------------X

11 **CIVIL** 1849 (DAB)

**JUDGMENT**

Defendants having moved to dismiss the Corrected Amended Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Deborah A. Batts, United States District Judge, and the Court, on March 28, 2013, having rendered its Opinion granting Defendants' Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure with leave to Plaintiffs to file a second amended complaint that presents adequate allegations of their disclosure claim against Jamesley and their theories of secondary liability, and dismissing all other claims with prejudice because Plaintiffs are unable to demonstrate that [they] would be able to amend [their] complaint in a manner which would survive dismissal, that any amended complaint shall be filed within 45 days of the date of this Order and failure to do so shall result in dismissal of this case in its entirety without further Order of the Court, it is,

**ORDERED, ADJUDGED AND DECREED:** That to date, no amended complaint has been filed and that for the reasons stated in the Court's Opinion dated March 28, 2013, Defendants' Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is granted; accordingly, the case is closed.

**Dated:** New York, New York
May 30, 2013

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** ______________________

**Deputy Clerk**

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON __________**